| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2020
David J. Bradley, Clerk

Erik Garcia, §
§
    Plaintiff, §
§
versus §    Civil Action H-19-4184
§
Olivia Flores Padilla, et al., §
§
    Defendants. §

## Dismissal

Having been advised that Erik Garcia voluntarily dismisses his claims with prejudice, this case is dismissed with prejudice. (8)

Signed on January _16_, 2020, at Houston, Texas.

                                              Lynn N. Hughes
                                     United States District Judge